# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**ROXUL USA, INC.,**
a Delaware corporation,
d/b/a, "ROCKWOOL,"

        Plaintiff,

v.                                            CIVIL ACTION NO.: 3:19-CV-54
                                                                    (GROH)

**BOARD OF EDUCATION**
**OF THE COUNTY OF JEFFERSON,**
a West Virginia county board of education,

        Defendant.

## ORDER SETTING HEARING

Now before the Court is the Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunction [ECF No. 2], filed on April 12, 2019. Upon review and consideration, the Court hereby **ORDERS** that the parties appear before the Court for a hearing on the motion on **April 30, 2019, at 9:00 a.m. in the Martinsburg District Judge Courtroom.**

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** April 15, 2019

                                                                                  GINA M. GROH
                                                             CHIEF UNITED STATES DISTRICT JUDGE