IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROXUL USA, INC.,**
a Delaware corporation,

       Plaintiff,

v.	Civil Action No. 3:19-CV-54
	(Judge Groh)

**BOARD OF EDUCATION OF THE
COUNTY OF JEFFERSON,**
a West Virginia county board of education,

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Roxul USA, Inc., d/b/a ROCKWOOL, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses, without prejudice, its claims arising under the law of the State of West Virginia; namely, Counts II, IV, VI, VII, VIII, and IX as set forth in its First Amended Complaint, ECF No. 18.

\*  \*  \*

**ROXUL USA, INC., d/b/a ROCKWOOL**

/s/ Joseph V. Schaeffer
James A. Walls (WV Bar # 5175)
Joseph V. Schaeffer (WV Bar # 12088)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
P.O. Box 615
Morgantown, WV 26507-0615
Ph. 304.291.7952
Fax 304.291.7979
jwalls@spilmanlaw.com
jschaeffer@spilmanlaw.com

James E. Simon (WV Bar # 13265)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Boulevard, East (25301)
P.O. Box 273
Charleston, WV 25321-0273
Ph. 304.340.3400
Fax 304.340.3401
jsimon@spilmanlaw.com

James C. Walls, III (WV Bar # 13277)
SPILMAN THOMAS & BATTLE, PLLC
301 Grant Street, Suite 3440
Pittsburgh, PA 15219
412.324.1118
412.325.3324 (facsimile)
jwalls3@spilmanlaw.com

11758102

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROXUL USA, INC.,**
a Delaware corporation,

      **Plaintiff,**

v.                                                Civil Action No. 3:19-CV-54
                                                                   (Judge Groh)

**BOARD OF EDUCATION OF THE**
**COUNTY OF JEFFERSON,**
a West Virginia county board of education,

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Joseph V. Schaeffer, hereby certify that on April 26, 2019, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony J. Majestro, Esq.
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301
amajestro@powellmajestro.com
*Counsel for Board of Education of the County of Jefferson*

Courtney B. Harden, Esq.
BrigliaHundley, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
charden@brigliahundley.com
*Counsel for Board of Education of the County of Jefferson*

                                                    /s/ Joseph V. Schaeffer
                                                    Joseph V. Schaeffer (WVSB #: 12088)