| | |
|---|---|
| From: | Bondy Gibson <bondy.gibson@k12.wv.us> |
| Sent: | 8/17/2018 11:14:25 AM -0400 |
| To: | Leslie McLaren <leslie.mclaren@rockwool.com>; Andy Blake <ABlake@ransonwv.us> |
| CC: | Kathy Skinner <skinnerboe@gmail.com>; Michael Zarin <michael.zarin@rockwool.com> |
| Subject: | Re: JCS Board Statement |

I hope this message finds you well.  Thank you very much for your prompt response and your willingness to engage in a productive dialogue for Jefferson citizens.  We will be happy to engage in public discourse with Rockwool and other community members moving forward.  As you have expressed an interest in hearing from us what steps we believe would be productive based on what we have heard from our citizenry, we are providing the information below.  Understanding that for some of our citizens no efforts on your part will be sufficient, below are the boldest ideas that we believe would be responsive to the collective concerns we have heard from citizens.

1. A time delineated moratorium on building:  The purpose of the study would be to point out areas in which any identified safety concerns could be addressed through placement and design/configuration of the plant.  Continuing to build according to previous specifications while the study is being conducted would be construed as sending a message that the results of the study would not be taken into consideration.
2. Community participation in independent study selection:  In an era in which public trust is a vanishing concept, it will be difficult for Rockwool to conduct a truly "independent" study that citizens would trust.  The most effective way to do this would be to put out specifications for who is qualified to conduct such a study and then have citizens use their voice by having citizen representation on a selection committee so that they had some vested interest in supporting the results of the study as they helped to choose the company.  It will have been wasted time and energy if the results of an independent study are not accepted as valid (recognizing that for a small segment of the population there is no longer a concept of absolute truth so any result that doesn't conform with their preconceived notions will not be accepted, on BOTH sides of this disagreement)
3. The study MUST be normed on children, not average adults:  The greatest concern for these parents and our Board is the health, welfare and safety of our students.  The study must utilize the body weight, size and respiratory guidelines for children when conducting their analysis of risk.  In addition, there are grave concerns regarding the entire process of raw materials and transportation, not simply emissions so that should be taken into consideration.
4. Emergency Planning:  We heard from many individuals regarding their concerns for a potential of an industrial accident given the proximity of the schools and the fact that the egress from the closest school would require students to move back toward Rockwool.  A portion of the study devoted to measures that would prevent or mitigate would be appreciated by the public.


PLAINTIFFS EXHIBIT 7 04/30/19

These are the strongest steps that we believe Rockwool could take to build public trust and show a commitment to partnering with the community of which they wish to be a part.

Bondy Shay Gibson, Ed.D.
Superintendent
Jefferson County Schools
Office: 304-728-9223
Mobile: 304-582-0181
https://boe.jeff.k12.wv.us/

DISCRIMINATION PROHIBITED: As required by Federal laws and regulations, including Title IX, the Jefferson County Board of Education does not discriminate on the basis of sex, race, color, religion, disability, age or national origin in employment or in the administration of any of its education programs and activities. Inquiries may be referred to (Director to Career, Technical, and Adult Education) Title IX Coordinator or (Director of Pupil Services) Section 504 Coordinator, Jefferson County Board of Education, 110 Mordington Avenue, Charles Town, WV 25414, Phone: (304) 725-9741; to the State Title IX Coordinator, (304) 558-3401, to the State 504 Coordinator, (304) 558-2696, West Virginia Department of Education, Charleston, WV 25305; or to the U.S. Department of Education's Office for Civil Rights, 1-800-421-3481, TDD 1-800-877-8339.

---

**From:** Leslie McLaren <leslie.mclaren@rockwool.com>
**Sent:** Thursday, August 16, 2018 3:52:19 PM
**To:** Bondy Gibson; Andy Blake
**Cc:** Kathy Skinner; Michael Zarin
**Subject:** RE: JCS Board Statement

Dear Dr. Gibson,

Thank you very much for your message below. We appreciate your candor and the School Board's genuine desire to ensure the Board has the best available information upon which to make well-informed judgments and decisions.

As such, we fully support the Board's request to conduct an independent, third-party Human Health Risk Assessment. We are hope that such an assessment will contribute to allaying community concerns and are keen to work with the School Board to ensure such an assessment is carried out as promptly as possible.

Would you or relevant colleagues on the Board be available in the coming days to discuss best ways forward? We will do our best to accommodate your availability. We would also be pleased to share with you our emergency preparedness plans, including for when the facility will be fully operational, based on the existing plans at the Mississippi facility.

We realize that Jefferson County and ROCKWOOL are just getting to know each other and that it will require a heightened effort on our part to better communicate our values and commitment to the community.

Kind regards,

Leslie


**Leslie McLaren**

North American Manager,

Corporate Communications & Stakeholder Relations


**ROCKWOOL**

8024 Esquesing Line,

Milton, Ontario L9T 6W3

T 905-875-9307

M 905-691-4471

www.rockwool.com

**ROXUL is now ROCKWOOL**



Twitter | LinkedIn | Facebook | Instagram | YouTube

To unsubscribe from receiving emails from ROCKWOOL, please click here.

**From:** Bondy Gibson [mailto:bondy.gibson@k12.wv.us]
**Sent:** Tuesday, August 14, 2018 8:19 AM
**To:** Leslie McLaren <leslie.mclaren@rockwool.com>; Andy Blake <ABlake@ransonwv.us>
**Cc:** Kathy Skinner <skinnerboe@gmail.com>
**Subject:** JCS Board Statement

Dear Ms. McLaren and Mr. Blake

I sincerely hope this message finds you well. Last night the Board held our regularly scheduled Board meeting with a significant degree of public comment. Uniformly, the comments were sincere, respectful and heartfelt. The citizens implored the Board to either oppose the building of Rockwool or to request additional information so that an informed decision could be made regarding student safety. In line with our previous conversations, the Board continues to respectfully request that a professional independent study be conducted to give the public trusted and easily digested information regarding the impact of Rockwool on the community with a particular emphasis on student health.

We recognize that Rockwool has adhered to the legal process as it currently is articulated in West Virginia and federal law. That does not negate the very real, deep and visceral fears that our community's parents have for the health, well-being and future of our children and this community. If there is to be any opportunity for a future peaceful co-existence of Rockwool and the Jefferson community it must be built on an earned trust, open dialogue and mutual respect. We are certainly willing to be part of that dialogue. The JCS BoE posted the statement below on our website and welcomes the opportunity to discuss.

The Jefferson County Schools Board of Education (JCS BoE) embraces our role of educating and supporting children in our community, as well as our duty as citizens of this vital and growing community. Although the JCS BoE has no authority to prevent any business from operating here, we have undertaken a careful consideration of all presented information regarding the Rockwool facility being built in Ranson, W.Va. We have actively engaged in dialogue with multiple parties including concerned parents, our own staff, Rockwool employees, Ranson City staff, and officials with the West Virginia Department of Environmental Protection.

We did deliberately decline Rockwool's invitation to a meeting at the Bavarian Inn on August 8, 2018. It is our hope that we will be able to sit down with Rockwool and other concerned parties for a transparent and productive meeting in the future that includes members of the media and the public.

Last September, this board voted to approve a PILOT (payment in lieu of taxes) based on a limited presentation that focused on the financial implications surrounding the Rockwool plant. Now, after listening to the concerns of this community and reviewing all available information, we believe more data is necessary as we assess the long-term impact of the Rockwool facility on the surrounding area.

The JCS BoE is therefore asking Rockwool to bring on an independent third party to conduct a Human Health Risk Assessment.*

We as a school board and a school system lack the in-house expertise to analyze the impact of the available data. Without this information, it is difficult to understand the true impact a facility like Rockwool's has on our students. It is also difficult to support the project moving forward if they are not willing to provide the additional information to reassure parents and staff. We do believe, however, that all decisions and discussion must be based on facts.

The board is also seeking information regarding the plant's emergency plans for disaster scenarios such as fires, leaks, or spills of hazardous material.

In the meantime, the JCS BoE will continue to play its part as the community works to model a civil and constructive dialogue for our young people. Please know that as this process moves forward, our top priority remains the education and safety of children and families in Jefferson County.

\* A Human Health Risk Assessment is defined as the process to estimate the nature and probability of adverse health effects in humans who may be exposed to chemicals in contaminated environmental media, now or in the future. Human health risk assessment includes 4 basic steps:

Step 1 - Hazard Identification

Examines whether a stressor has the potential to cause harm to humans and/or ecological systems, and if so, under what circumstances.

Step 2 - Dose-Response Assessment

Examines the numerical relationship between exposure and effects.

Step 3 - Exposure Assessment

Examines what is known about the frequency, timing, and levels of contact with a stressor.

Step 4 - Risk Characterization

Examines how well the data support conclusions about the nature and extent of the risk from exposure to environmental stressors.

Bondy Shay Gibson, Ed.D.

Superintendent

Jefferson County Schools

Office: 304-728-9223

Mobile: 304-582-0181

https://boe.jeff.k12.wv.us/

DISCRIMINATION PROHIBITED: As required by Federal laws and regulations, including Title IX, the Jefferson County Board of Education does not discriminate on the basis of sex, race, color, religion, disability, age or national origin in employment or in the administration of any of its education programs and activities. Inquiries may be referred to (Director to Career, Technical, and Adult Education) Title IX Coordinator or (Director of Pupil Services) Section 504 Coordinator, Jefferson County Board of Education, 110 Mordington Avenue, Charles Town, WV 25414, Phone: (304) 725-9741; to the State Title IX Coordinator, (304) 558-3401, to the State 504 Coordinator, (304) 558-2696, West Virginia Department of Education, Charleston, WV 25305; or to the U.S. Department of Education's Office for Civil Rights, 1-800-421-3481, TDD 1-800-877-8339.