RANS
Confidential

Permit Roadmap

Date rev: 23 April 2019

| Permits: | Resp | Consult | Authority | Public: Applicant | Status |
|---|---|---|---|---|---|
| Site selection and land acquisition | RW | Deloitte | | | Done |
| Preliminary air modelling | Mette | ERM | WV DEP | Yes | Done |
| Air permit (PSD) | Mette | ERM | WV DEP | | Done |
| VRP - Remediation program: soil and grondwater | Mette | ERM | WV DEP | Seller/ERM | Done |
| Archological survey | Janusz | Thrasher | WV SHPO | Thrasher | Done |
| Architectural survey | Mette | Thrasher | WV SHPO | Thrasher | Done |
| Architectural survey - amended | Mette | ERM | WV SHPO | Yes | Done |
| Stack height approval - Aviation | Mette | N/A | FAA | Yes | Ongoing |
| Aviation permit for B300 + cranes | Mette | (Clayco) | FAA | Yes | Done |
| Site Plan Approval | Janusz | Thrasher | CoR | RW-NA | Done |
| Site Construction Permit | Janusz | Thrasher | CoR | Thrasher | Done |
| Rezoning, Land development | Peter | Gordon/Thrasher | CoR | | Done |
| Subdivision rest site | Peter | Gordon/Seller | CoR | Yes | Done |
| Stormwater permit for construction (NPDES), SW3P | Janusz | Thrasher | WV DEP | Yes | Done |
| Construction entrance permit, temporary | Janusz | Thrasher | WV DOH | | Done |
| co__peun tr c n p ty l ln | ALL comer | N | WV DEP | N/A | Done |
| Sewer water lift station | Janusz | Trasher | A&H | | Done |
| Exterior lighting permit | Janusz | A&H | CoR | RW-NA | Done |
| Fence variance for barbed wire etc. | Janusz | ALL | CoR | | Done |
| Fire variances | Janusz | A&H | WV Fire Marshall | RW-NA | Done |
| Deep foundation permit | Janusz | Clayco | CoR | Clayco | Done |
| Shallow foundation permit | Janusz | Clayco | CoR | Clayco | Done |
| Underground permit | Janusz | Clayco | CoR | Clayco | |
| Structural building permit | Janusz | Clayco | CoR | Clayco | |
| Building permit | Janusz | Clayco | CoR | Clayco | |
| Fire approval - will be included in building permit | Janusz | Clayco | WV Fire Marshal | Clayco | |
| Certificate of Occupancy | Janusz | Clayco | CoR | | |
| Industrial access road permit | Janusz | Trasher | WV DOH | Yes | Done |
| Industrial wastewater permit | Mette | ERM | CTUB + WVDEP | Yes | |
| Multisector (Stormwater permit operation) | Mette | ERM | WV DEP | Yes | |
| Above ground Storage Tanks (AST) + SPRP + SPPC | Mette | ERM | WV DEP | Yes | |

Pending
########

Draft



Involved parties

Time

2016 / 2017 / 2018 / 2019 / 2020

Site preparation work
Construction work
Installation work
Operation start

Site preparation work    Construction    Start Up

Legend:
Application
Authority tasks
Public period
Milestone
Dependencies
Coverage

1 Re-application needed by 9 May 2019 for new General permit coverage. Appealed and expect to be extended. No need for reapplication

2 Building permit applications will be per each building.



PLAINTIFFS' EXHIBIT 11
3:19cv54
04/30/19
Adm