| | EUR | USD | Comments |
|---|---|---|---|
| Pre-project | 3,467.23 | 3,883 | Cost covering due dilligence and land acquisition process, excluding cost of land |
| GT Equipment | 24,638 | 27,594 | Process equipment purchased: Melting, Hot-end and Cold-end |
| US Civil | 13,133 | 14,709 | Engineering, Site development to level 0, Underground piping (storm, water, sewer, electricity, gas), Forming and Foundation to date |
| US OPCO | 2,739 | 3,067 | Local hires for the project as well the startup orgnization |
| Total | 43,976 | 49,253 | |

Current run rate is approximately $1MM per week



PLAINTIFFS' EXHIBIT

| Object | Cost Element | Posting Date | CO object name | Employee/Vendor/customer name | Total quantity | Val/COArea Crcy | CO area currency | Area | Amount USD | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| Project definition | Activity | | | Contractors | | 4,046,547.97 | EUR | Aquila | 4,532,133.73 | USD |
| | | | | Travel | | 43,892.47 | EUR | Aquila | 49,159.57 | USD |
| | | | | Hours | | 1,475,622.24 | EUR | Aquila | 1,652,696.91 | USD |
| | | | | Aquila Total | | 5,566,062.68 | EUR | Aquila | 6,233,990.20 | USD |
| Project definition | Activity | | | Contractors | | 110.85 | EUR | Civil | 124,152 | USD |
| | | | | Travel | | 178,220.68 | EUR | Civil | 199,607.16 | USD |
| | | | | Hours | | 432,930.00 | EUR | Civil | 484,881.60 | USD |
| | | | | Civil Total | | 611,261.53 | EUR | Civil | 684,612.91 | USD |
| Project definition | Activity | | | Contractors | | 8,522,746.65 | EUR | Cold End | 9,545,476.25 | USD |
| | | | | Travel | | 23,108.87 | EUR | Cold End | 25,881.93 | USD |
| | | | | Hours | | 896,786.50 | EUR | Cold End | 1,004,400.88 | USD |
| | | | | Cold End Total | | 9,442,642.02 | EUR | Cold End | 10,575,759.06 | USD |
| Project definition | Activity | | | Travel | | 25,419.53 | EUR | Design | 28,469.87 | USD |
| | | | | Hours | | 1,051,552.50 | EUR | Design | 1,177,738.80 | USD |
| | | | | Design Total | | 1,076,972.03 | EUR | Design | 1,206,208.67 | USD |
| Project definition | Activity | | | Contractors | | 163,667.20 | EUR | EL | 183,307.26 | USD |
| | | | | Travel | | 40,201.93 | EUR | EL | 45,026.16 | USD |
| | | | | Hours | | 346,330.50 | EUR | EL | 387,890.16 | USD |
| | | | | EL Total | | 550,199.63 | EUR | EL | 616,223.59 | USD |
| Project definition | Activity | | | Contractors | | 5,289,347.22 | EUR | Hot End | 5,924,068.89 | USD |
| | | | | Travel | | 65,292.08 | EUR | Hot End | 73,127.13 | USD |
| | | | | Hours | | 888,177.00 | EUR | Hot End | 994,758.24 | USD |
| | | | | Hot End Total | | 6,242,816.30 | EUR | Hot End | 6,991,954.26 | USD |
| Project definition | Activity | | | Contractors | | 281,781.62 | EUR | PM | 315,595.41 | USD |
| | | | | Travel | | 112,638.40 | EUR | PM | 126,155.01 | USD |
| | | | | Hours | | 753,189.50 | EUR | PM | 843,572.24 | USD |
| | | | | PM Total | | 1,147,609.52 | EUR | PM | 1,285,322.66 | USD |
| Project definition | Activity | | | Contractors | | 18,304,201.51 | EUR | Equipment | 20,500,705.69 | USD |
| | | | | Travel | | 488,773.96 | EUR | Equipment | 547,426.84 | USD |
| | | | | Hours | | 5,844,588.24 | EUR | Equipment | 6,545,938.83 | USD |
| | | | | Equipment Total | | 24,637,563.71 | EUR | Equipment | 27,594,071.36 | USD |

| Project definition | Object | Cost Element | Posting Date | CO object name | Employee/vendor/customer name | Total quantity | Val/COArea Crcy | CO area currency | Value in Obj. Crcy | Object Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 450010 | | | Contractors | | -173,154.97 | EUR | -193,933.57 | USD |
| | | 450030 | | | Travel | 4,484 | 181,533.29 | EUR | 203,317.28 | USD |
| | | 9439110 | | | Hours | 8,886.200 | 578,501.00 | EUR | 647,921.12 | USD |
| | | 9439210 | | | Hours | 53,500 | 976,139.50 | EUR | 1,093,276.24 | USD |
| | | 9439220 | | | Hours | 1,483 | 11,770.00 | EUR | 13,182.40 | USD |
| | | 9439310 | | | Hours | 1,441 | 139,407.00 | EUR | 156,135.84 | USD |
| | | 9439410 | | | Hours | 14,500 | 95,078.00 | EUR | 106,487.36 | USD |
| | | 9439510 | | | Hours | | 961.00 | EUR | 1,076.32 | USD |
| | | | | | Total Hours | 16,362.200 | 1,801,856.50 | EUR | 2,018,079.28 | USD |
| | | | | | Total cost GT pre-project | | 1,810,234.82 | EUR | 2,027,463.00 | USD |

| Project definition | Object | Cost Element | Posting Date | CO object name | Employee/vendor/customer name | Total quantity | Val/COArea Crcy | CO area currency | Value in Obj. Crcy | Object Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Named and significant Contractors | | 12,636,239.48 | EUR | 14,381,467.21 | USD |
| | | | | | 0 Total | | -2,942.89 | EUR | -3,339.00 | USD |
| | | | | | Agronomy-Air, LLC Total | | 1,923.21 | EUR | 2,204.08 | USD |
| | | | | | APRIL BENEFIT ACCRUAL Total | | 2,403.20 | EUR | 2,700.00 | USD |
| | | | | | AUGUST BENEFIT Total | | 2,726.65 | EUR | 3,200.00 | USD |
| | | | | | Car rent, fuel - US102001 Total | | 431.86 | EUR | 519.34 | USD |
| | | | | | Car rent, fuel, oth. - US102001 Total | | 972.15 | EUR | 1,112.17 | USD |
| | | | | | Car rent, fuel, oth. - US102003 Total | | 339.05 | EUR | 392.49 | USD |
| | | | | | Car rental, fuel - US102003 Total | | 388.85 | EUR | 469.69 | USD |
| | | | | | Cost Initially booked to CCs Total | | 76,798.15 | EUR | 87,403.98 | USD |
| | | | | | Cost trf from IOs - Nov & Dec 2018 Total | | 29,583.44 | EUR | 33,884.87 | USD |
| | | | | | DECEMBER BENEFIT Total | | 2,817.15 | EUR | 3,200.00 | USD |
| | | | | | Employee rel. cost - US102001 Total | | 4,845.47 | EUR | 5,510.27 | USD |
| | | | | | Fares: Airplane - US102003 Total | | 1,282.79 | EUR | 1,549.48 | USD |
| | | | | | Fares: airplane etc - US102003 Total | | 1,585.94 | EUR | 1,848.89 | USD |
| | | | | | Fares: airplane, etc - US102001 Total | | 708.14 | EUR | 811.10 | USD |
| | | | | | Fares: airplane, etc. - US102003 Total | | 7,867.62 | EUR | 8,953.07 | USD |
| | | | | | FEB BENEFIT ACCRUAL Total | | 2,350.28 | EUR | 2,700.00 | USD |
| | | | | | Fuel Company cars - US102001 Total | | 11,478.64 | EUR | 12,921.53 | USD |
| | | | | | Fuel company cars - US102003 Total | | 2,938.04 | EUR | 3,414.48 | USD |
| | | | | | Hotel & accom. - US102001 Total | | 2,031.26 | EUR | 2,387.58 | USD |
| | | | | | Hotel & accom. - US102003 Total | | 3,618.09 | EUR | 4,370.29 | USD |
| | | | | | Hotel & accommod. - US102003 Total | | 1,442.91 | EUR | 1,649.64 | USD |
| | | | | | Hotel & Accomodation - US102001 Total | | 18,536.07 | EUR | 21,326.45 | USD |
| | | | | | JANUARY BENEFIT Total | | 1,572.05 | EUR | 1,800.00 | USD |
| | | | | | Lease fee Company car - US102001 Total | | 10,215.01 | EUR | 11,754.52 | USD |
| | | | | | Lease fee Company car - US102003 Total | | 4,056.27 | EUR | 4,832.86 | USD |
| | | | | | Lease fees comp car - US102003 Total | | 14,889.43 | EUR | 17,118.92 | USD |
| | | | | | Maint Company car - US102001 Total | | 262.01 | EUR | 299.91 | USD |
| | | | | | Maint company car - US102003 Total | | 14,385.00 | EUR | 16,409.53 | USD |
| | | | | | MARCH BENEFIT ACCRUAL Total | | 2,371.96 | EUR | 2,700.00 | USD |
| | | | | | Martin Safety Solutions Total | | 922.37 | EUR | 1,039.98 | USD |
| | | | | | Meal & drinks - US102003 Total | | 304.40 | EUR | 367.69 | USD |
| | | | | | Meals & Drink - US102001 Total | | 321.92 | EUR | 387.44 | USD |
| | | | | | Meals & drinks - US102001 Total | | 514.43 | EUR | 591.89 | USD |
| | | | | | Meals & drinks - US102003 Total | | 255.15 | EUR | 304.74 | USD |
| | | | | | Misc. travel & enter - US102001 Total | | 422.96 | EUR | 498.77 | USD |
| | | | | | Misc. Travel exp - US102001 Total | | 490.09 | EUR | 573.65 | USD |
| | | | | | Misc. travel exp - US102003 Total | | 331.71 | EUR | 400.67 | USD |
| | | | | | Misc. travel exp. - US102001 Total | | 3,616.60 | EUR | 4,101.00 | USD |
| | | | | | Misc. travel exp. - US102003 Total | | 60.04 | EUR | 68.80 | USD |
| | | | | | OCTOBER BENEFIT ACCRUAL Total | | 5,591.69 | EUR | 6,400.00 | USD |
| | | | | | Office supplies - US102001 Total | | 540.53 | EUR | 615.51 | USD |
| | | | | | Offices electricity - US102003 Total | | 431.52 | EUR | 496.64 | USD |
| | | | | | Oth fixed costs - US102003 Total | | 4,169.43 | EUR | 4,781.53 | USD |
| | | | | | Paid private connect. - US102003 Total | | 268.98 | EUR | 308.02 | USD |
| | | | | | Pension - US102001 Total | | 1,366.01 | EUR | 1,620.25 | USD |
| | | | | | PlanGrid, Inc Total | | 2,503.31 | EUR | 2,832.00 | USD |
| | | | | | Private car reimb - US102001 Total | | 45.70 | EUR | 54.50 | USD |
| | | | | | Private car reimb. - US102001 Total | | 6.59 | EUR | 7.63 | USD |
| | | | | | Private car reimb. - US102003 Total | | 1,971.01 | EUR | 2,251.29 | USD |
| | | | | | RAN5 Total | | -3,942.03 | EUR | -4,502.58 | USD |
| | | | | | RAN55 Total | | 331.56 | EUR | 387.66 | USD |
| | | | | | Refer Doc#5400010025 Total | | 331.56 | EUR | 387.66 | USD |
| | | | | | Refer Doc#5400010026 Total | | 8,793.19 | EUR | 10,419.28 | USD |
| | | | | | Rent building / Site - US102003 Total | | 36,549.72 | EUR | 42,000.00 | USD |
| | | | | | Rent buildingsites - US102003 Total | | 2,742.31 | EUR | 3,200.00 | USD |
| | | | | | ROXUL BENEFIT ACCRUAL JULY Total | | 2,749.38 | EUR | 3,200.00 | USD |
| | | | | | ROXUL BENEFIT ACCRUAL Total | | 2,756.48 | EUR | 3,200.00 | USD |
| | | | | | Roxul Sept Benefit accrual Total | | 51,575.11 | EUR | 61,335.59 | USD |
| | | | | | Salary - US102001 Total | | 283.49 | EUR | 331.46 | USD |
| | | | | | Smart&mob. phones - US102001 Total | | 3,936.73 | EUR | 4,628.53 | USD |
| | | | | | Social Charges - US102001 Total | | 731.19 | EUR | 846.42 | USD |
| | | | | | Stamp and couriers - US102003 Total | | 372.66 | EUR | 437.35 | USD |
| | | | | | tax consultancy fee - US102001 Total | | 2,058.67 | EUR | 2,341.33 | USD |
| | | | | | Tax consultancy fee - US102001 Total | | 74,684.76 | EUR | 83,908.33 | USD |
| | | | | | Trf Q1 2019 141OR5GP000 cost to PS modu Total | | 1,486.68 | EUR | 1,670.28 | USD |
| | | | | | Trf Q1 2019 141OR5SS00 cost to PS modul Total | | 49,773.92 | EUR | 56,478.22 | USD |
| | | | | | US102003 RAN5 Project cost Cost Center G Total | | 5,346.71 | EUR | 6,039.08 | USD |
| | | | | | Vital Signs plus! Total | | 9,978.75 | EUR | 11,674.14 | USD |
| | | | | | GT PM(onshore) | | 496,573.08 | EUR | 569,790.89 | USD |
| | | | | | Other Contractors | | | | | |
| | | | | | Total Civil Contractors | | 13,132,812.56 | EUR | 14,951,258.10 | USD |

| Project definition | Object | Cost Element | Posting Date | CO object name | Employee/vendor/customer name | Total quantity | Val/COArea Crcy | CO area currency | Value in Obj. Crcy | Object Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total named and significant Contractors | | 2,641,015.21 | EUR | 3,009,852.79 | USD |
| | | | | | Other Contractors | | 97572.33 | EUR | 109507.12 | USD |
| | | | | | OPCO Contractors | | 2,738,587.54 | EUR | 3,119,359.91 | USD |

1657