IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**ROXUL USA, INC.,**
a Delaware corporation,
d/b/a, "ROCKWOOL,"

      Plaintiff,

v.                        CIVIL ACTION NO.: 3:19-CV-54
                                        (GROH)

**BOARD OF EDUCATION**
**OF THE COUNTY OF JEFFERSON,**
a West Virginia county board of education,

      Defendant.

## ORDER

Now before the Court is the parties' Rule 26(f) Report. ECF No. 52. Although ordinarily parties in litigation meet, confer, and agree on proposed dates for the scheduling order, the parties in this case submitted separate dates. Therefore, the Court was required to set the scheduling order in its discretion.

Here, the Court finds that, in the interests of justice and judicial economy, this matter would be best resolved in the most expeditious manner. Accordingly, the Court selected the earliest set of proposed dates for the forthcoming scheduling order.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** June 7, 2019

                                                          GINA M. GROH
                                                          CHIEF UNITED STATES DISTRICT JUDGE